Filed 7/29/15

Court of Appeal, Second Appellate District, Division Four - No. B241727

**S214150**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

_____

SALVADOR RODRIGUEZ, Plaintiff and Respondent,

v.

RWA TRUCKING COMPANY, INC., Defendant and Appellant.

_____

Defendant RWA Trucking, Inc., and the California Trucking Association's request for republication of the Court of Appeal's opinion, originally published at 219 Cal.App.4th 692, is granted. The opinion is ordered republished with the following amendment to original footnote 6 at page 723 (additions underlined and deletions stricken through):

Division Five of this <u>appellate</u> district rejected *Fitz-Gerald's* analysis in part in *People ex rel. Harris v. Pac Anchor Transportation, Inc.* (May 18, 2011, B220966) ~~195 Cal.App.4th 765~~, review granted August 10, 2011, S194388.

~~*Pac Anchor* is currently under review by the California Supreme Court, where the question presented is as follows: "Is an action under the Unfair Competition Law (Bus. & Prof. Code, § 17200 et seq.) that is based on a trucking company's alleged violation of state labor and insurance laws 'related to the price, route, or service' of the company and, therefore, preempted by the Federal Aviation Administration Authorization Act of 1994 (49 U.S.C. § 14501)?"~~

[Reporter's Note: See *People ex rel. Harris v. Pac Anchor Transportation, Inc.* (2014) 59 Cal.4th 772.]

_____

*Chief Justice*